B1 (Official Form 1)(12/07)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Milliman, Robin Lynn** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>**xxx-xx-5970** | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1509 Lakewood Lane**<br>**Schererville, IN**                    ZIP Code<br>**46375** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Lake** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**1509 Lakewood Lane**<br>**Schererville, IN**                    ZIP Code<br>**46375** | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

■ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)
☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)
☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Chapter 11 Debtors**

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(12/07) | Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Milliman, Robin Lynn** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>  Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(12/07)

Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Milliman, Robin Lynn** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**  /s/ Robin Lynn Milliman
Signature of Debtor   **Robin Lynn Milliman**

**X**
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**December 13, 2007**
Date

### Signature of Attorney*

**X**  /s/ David J. Schwab
Signature of Attorney for Debtor(s)

  **David J. Schwab 6204333**
Printed Name of Attorney for Debtor(s)

  **Richards, Ralph & Schwab, Chartered**
Firm Name

  **175 East Hawthorn Parkway**
  **Vernon Hills, IL 60061**

Address

  **847-367-9699  Fax: 847-367-9621**
Telephone Number

  **December 13, 2007**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X**
Signature of Foreign Representative

Printed Name of Foreign Representative

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

**X**
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Official Form 1, Exhibit D (10/06)

## United States Bankruptcy Court
### Northern District of Illinois

In re __Robin Lynn Milliman__                                    Case No. _____

                                          Debtor(s)              Chapter    7    _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

Official Form 1, Exh. D (10/06) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.]* *[Must be accompanied by a motion for determination by the court.]*
    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Robin Lynn Milliman**
                      **Robin Lynn Milliman**

Date:  **December 13, 2007**

Software Copyright (c) 1996-2006 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Robin Lynn Milliman**

Debtor

Case No. _____

Chapter _____ 7 _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 76,996.61 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 85,378.71 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 4 | | 70,653.46 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 15 | | 326,861.44 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 4 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 3,716.80 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 3,999.91 |
| Total Number of Sheets of ALL Schedules | | 34 | | | |
| Total Assets | | | 76,996.61 | | |
| Total Liabilities | | | | 482,893.61 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Robin Lynn Milliman**

Debtor

Case No. _____

Chapter _____ **7** _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    **Robin Lynn Milliman**                                          Case No. _____
                                                              ,
                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | Sub-Total > | 0.00 | (Total of this page) |
|---|---|---|---|
| | Total > | 0.00 | |

**0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6B (Official Form 6B) (12/07)

In re    **Robin Lynn Milliman** _____,    Case No. _____

_____Debtor_____

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account Chase Bank Chicago, IL Acct#XXXXX9349** | - | 300.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Security Deposit with Apartment Landlord Riverwalk Preserve, LLC 301 N. Riverwalk Drive Buffalo Grove, IL  60089** | - | 2,225.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Sofa $300.00 1 bedroom sets $350.00 2 televisions $400.00 1 small desk and file cabinet $150.00 1 Computer, printer and fax machine $250.00 1 cocktail table and 2 end tables $150.00 1 washer and dryer $100.00** | - | 1,700.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Several wall art** | - | 400.00 |
| | | **50 DVD's (old)** | - | 200.00 |
| 6. Wearing apparel. | | **Women's clothing** | - | 1,500.00 |
| 7. Furs and jewelry. | | **1 ring and watch** | - | 1,500.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Treadmill** | - | 500.00 |

Sub-Total >    8,325.00
(Total of this page)

__3__ continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Robin Lynn Milliman**                                    Case No. _____
                                                        ,
                          Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Horizon Insurance Thrivent Financial for Lutherans 800-847-4836 Life Insurance Thrivent ID 501223928 Contract No. 06670572 Face Amount $50,000.00 Cash Surrender Value as of 6/14/07** | - | 1,671.61 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Proptronics, Inc.** | - | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Sub-Total >    **1,671.61**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Robin Lynn Milliman**                                              ,    Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2007 Mercedes Benz** | - | 67,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

Sub-Total >                67,000.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                   Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Robin Lynn Milliman**                                    Case No. _____
                                            ,
                          Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | 0.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 76,996.61 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (12/07)

In re   **Robin Lynn Milliman**                                          ,   Case No. _____
                                                         **Debtor**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                               $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Checking Account** | **735 ILCS 5/12-1001(b)** | **300.00** | **300.00** |
| **Chase Bank** | | | |
| **Chicago, IL** | | | |
| **Acct#XXXXX9349** | | | |
| **Household Goods and Furnishings** | | | |
| **Sofa $300.00** | **735 ILCS 5/12-1001(b)** | **1,700.00** | **1,700.00** |
| **1 bedroom sets $350.00** | | | |
| **2 televisions $400.00** | | | |
| **1 small desk and file cabinet $150.00** | | | |
| **1 Computer, printer and fax machine $250.00** | | | |
| **1 cocktail table and 2 end tables $150.00** | | | |
| **1 washer and dryer $100.00** | | | |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **Several wall art** | **735 ILCS 5/12-1001(b)** | **400.00** | **400.00** |
| **50 DVD's (old)** | **735 ILCS 5/12-1001(b)** | **50.00** | **200.00** |
| **Wearing Apparel** | | | |
| **Women's clothing** | **735 ILCS 5/12-1001(a)** | **1,500.00** | **1,500.00** |
| **Interests in Insurance Policies** | | | |
| **Horizon Insurance** | **735 ILCS 5/12-1001(b)** | **1,550.00** | **1,671.61** |
| **Thrivent Financial for Lutherans** | | | |
| **800-847-4836** | | | |
| **Life Insurance** | | | |
| **Thrivent ID 501223928** | | | |
| **Contract No. 06670572** | | | |
| **Face Amount $50,000.00** | | | |
| **Cash Surrender Value as of 6/14/07** | | | |

|  | Total: | **5,500.00** | **5,771.61** |
|---|---|---|---|

  __0__   continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re **Robin Lynn Milliman**                                                Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | C | | | | | | |
| Account No. **0027079899900001** <br><br>**Hinsdale Bank & Trust Company** <br>**25 E. First St.** <br>**Hinsdale, IL 60521** | | | - | | | **Purchase Money Security Interest** <br><br>**2007 Mercedes Benz** | | | | | |
| | | | | | | Value $               67,000.00 | | | | 67,866.21 | 866.21 |
| Account No. **001-0034750-001** <br><br>**Wells Fargo Financial Leasing, Inc.** <br>**MAC F4031-050** <br>**800 Walnut Street** <br>**Des Moines, IA 50309** | | | - | | | 8/4/05 <br>**Equipment Lease** <br>**Various equipment/software leased by Proptronics, Inc.  Trade Debt.  This is a debt of Proptronics, Inc. for which Robin Milliman may or may not have personal liability.** | X | X | X | | |
| | | | | | | Value $               17,312.50 | | | | 17,512.50 | 200.00 |
| Account No. | | | | | | | | | | | |
| | | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | | |
| | | | | | | Value $ | | | | | |

| | | | |
|---|---|---|---|
| **0** continuation sheets attached | Subtotal <br>(Total of this page) | 85,378.71 | 1,066.21 |
| | Total <br>(Report on Summary of Schedules) | 85,378.71 | 1,066.21 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

In re  **Robin Lynn Milliman**                                               Case No. _____

                                              **Debtor**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                                         **3**____ continuation sheets attached

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    **Robin Lynn Milliman**                                    Case No. _____
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY — AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **2135305-0** <br><br> **Illinois Dept. of Empl. Sec. (p) Bankruptcy Unit 3rd Fl., 401 S. State St. Chicago, IL 60605** | - | | **December 31, 2006** <br><br> **Form UI3/40 Report.  This is a debt of RKM Associates, Ltd. for which Robin Milliman may or may not have personal liability.** | X | X | X | 50.00 | 0.00 <br><br> 50.00 |
| Account No. **4028921-5** <br><br> **Illinois Dept. of Empl. Sec. (p) Bankruptcy Unit 3rd Fl., 401 S. State St. Chicago, IL 60605** | - | | **December 31, 2006 and March 31, 2007** <br><br> **Form UI3/40.  This is a debt of Proptronics, Inc. for which Robin Milliman may or may not have personal liability.** | X | X | X | 90.45 | 0.00 <br><br> 90.45 |
| Account No. **36-3751592** <br><br> **Internal Revenue Service (p) Centralized Insolvency Operations P.O. Box 21126 Philadelphia, PA 19114** | - | | **December 31, 2002** <br><br> **Form 941 - RKM Associates, Ltd. This is a debt of RKM Associates, Ltd. for which Robin Milliman may or may not have personal liability.** | X | X | X | 7,639.36 | 7,639.36 <br><br> 0.00 |
| Account No. **36-3751592** <br><br> **Internal Revenue Service (p) Centralized Insolvency Operations P.O. Box 21126 Philadelphia, PA 19114** | - | | **June 30, 2003** <br><br> **Form 941.  This is a debt of RKM Associates, Ltd. for which Robin Milliman may or may not have personal liability.** | X | X | X | 1,802.92 | 0.00 <br><br> 1,802.92 |
| Account No. **36-3751592** <br><br> **Internal Revenue Service (p) Centralized Insolvency Operations P.O. Box 21126 Philadelphia, PA 19114** | - | | **December 31, 2004** <br><br> **Form 940.  This is a debt of RKM Associates, Ltd. for which Robin Milliman may or may not have personal liability.** | X | X | X | 299.76 | 0.00 <br><br> 299.76 |

| | | |
|---|---|---|
| Sheet **1** of **3** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal <br> (Total of this page) | 7,639.36 <br> 9,882.49    2,243.13 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    **Robin Lynn Milliman**                                          Case No. _____

_____
                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **36-3751592** | | | | **September 30, 2002** | | | | | |
| **Internal Revenue Service (p) Centralized Insolvency Operations P.O. Box 21126 Philadelphia, PA 19114** | - | | | **Form 941. This is a debt of RKM Associates, Ltd. for which Robin Milliman may or may not have personal liability.** | X | X | X | | **0.00** |
| | | | | | | | | **1,686.64** | **1,686.64** |
| Account No. **36-3854834** | | | | **September 30, 2006** | | | | | |
| **Internal Revenue Service (p) Centralized Insolvency Operations P.O. Box 21126 Philadelphia, PA 19114** | - | | | **Form 941. This is a debt of Proptronics, Inc. for which Robin Milliman may or may not have personal liability.** | X | X | X | | **7,575.10** |
| | | | | | | | | **9,270.08** | **1,694.98** |
| Account No. **36-3854834** | | | | **March 31, 2006** | | | | | |
| **Internal Revenue Service (p) Centralized Insolvency Operations P.O. Box 21126 Philadelphia, PA 19114** | - | | | **Form 941. This is a debt of Proptronics, Inc. for which Robin Milliman may or may not have personal liability.** | X | X | X | | **0.00** |
| | | | | | | | | **8,759.94** | **8,759.94** |
| Account No. **36-3854834** | | | | **June 30, 2006** | | | | | |
| **Internal Revenue Service (p) Centralized Insolvency Operations P.O. Box 21126 Philadelphia, PA 19114** | - | | | **Form 941. This is a debt of Proptronics, Inc. for which Robin Milliman may or may not have personal liability.** | X | X | X | | **0.00** |
| | | | | | | | | **6,899.73** | **6,899.73** |
| Account No. **36-3854834** | | | | **December 31, 2006** | | | | | |
| **Internal Revenue Service (p) Centralized Insolvency Operations P.O. Box 21126 Philadelphia, PA 19114** | - | | | **Form 941. This is a debt of Proptronics, Inc. for which Robin Milliman may or may not have personal liability.** | X | X | X | | **0.00** |
| | | | | | | | | **14,430.91** | **14,430.91** |

Sheet __**2**__ of __**3**__  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | **7,575.10** |
|---|---|
| **41,047.30** | **33,472.20** |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    **Robin Lynn Milliman**                                                    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **36-3854834** | | | **March 31, 2007** | | | | | | |
| **Internal Revenue Service (p) Centralized Insolvency Operations P.O. Box 21126 Philadelphia, PA 19114** | - | | **Form 941.  This is a debt of Proptronics, Inc. for which Robin Milliman may or may not have personal liability.** | X | X | X | 7,550.67 | 50.67 7,500.00 | |
| Account No. **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** | | | **December 31, 2006** | | | | | | |
| **Internal Revenue Service (p) Centralized Insolvency Operations P.O. Box 21126 Philadelphia, PA 19114** | - | | **Federal Income Taxes for Tax year 2006** | X | X | X | 12,173.00 | 0.00 12,173.00 | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet **3** of **3** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 19,723.67 | 50.67 19,673.00 |
| Total (Report on Summary of Schedules) | 70,653.46 | 15,265.13 55,388.33 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re   **Robin Lynn Milliman** _____,   Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No. **3725-580513-02005**<br><br>**American Express (Corresp)**<br>**P.O. Box 297812**<br>**Fort Lauderdale, FL 33329** | - | | | | **Credit Card** | | | | **5,404.69** |
| Account No.<br><br>**Representing:**<br>**American Express (Corresp)** | | | | | **American Express**<br>**Box 0001**<br>**Los Angeles, CA 90096-0001** | | | | |
| Account No. **249290**<br><br>**American Gases Corp.**<br>**3949 Grove Ave.**<br>**Gurnee, IL 60031** | X - | | | | **November 29, 2006**<br>**Trade Debt.  This is a debt of Proptronics, Inc.**<br>**for which Robin Milliman may or may not have**<br>**personal liability.** | X | X | X | **82.47** |
| Account No. **N/A**<br><br>**Associated Bag**<br>**400 W. Boden St.**<br>**Milwaukee, WI 53207** | X - | | | | **Trade Debt.  This is a debt of Proptronics, Inc.**<br>**for which Robin Milliman may or may not have**<br>**personal liability.** | X | X | X | **454.93** |

__14__   continuation sheets attached

Subtotal
(Total of this page)   **5,942.09**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037   S/N:31036-071206   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robin Lynn Milliman**                                    Case No. _____
_____ ,
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No. **847-465-1137-804-8** <br><br> AT&T <br> P.O. Box 8212 <br> Aurora, IL 60572 | X | - | | | **Various** <br> **Telephone service. This is a debt of** <br> **Proptronics, Inc. for which Robin Milliman may** <br> **or may not have personal liability.** | X | X | X | 264.28 |
| Account No. <br><br> Representing: <br> AT&T | | | | | **AT&T** <br> **Ref: 847-465-1137-804-8** <br> **P.O. Box 8100** <br> **Aurora, IL 60507** | | | | |
| Account No. **847-465-1182-258-1** <br><br> AT&T <br> P.O. Box 8212 <br> Aurora, IL 60572 | X | - | | | **Various** <br> **Telephone service.  This is a debt of** <br> **Proptronics, Inc. for which Robin Milliman may** <br> **or may not have personal liability.** | X | X | X | 1,132.95 |
| Account No. <br><br> Representing: <br> AT&T | | | | | **AT&T** <br> **Ref: 847-465-1182-258-1** <br> **P.O. Box 8100** <br> **Aurora, IL 60507** | | | | |
| Account No. **847-465-1185-424-6** <br><br> AT&T <br> P.O. Box 8212 <br> Aurora, IL 60572 | X | - | | | **Various** <br> **Telephone Service.  This is a debt of Milliman** <br> **& Associates for which Robin Milliman may or** <br> **may not have personal liability.** | | | | 342.64 |

Sheet no. _1_ of _14_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| |
|---|
| 1,739.87 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robin Lynn Milliman** _____,   Case No. _____
　　　　　　　　　　　　　　　　Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Representing:** **AT&T** | | | **AT&T** **Ref: 847-465-1185-424-6** **P.O. Box 8100** **Aurora, IL 60507** | | | | |
| Account No. **1010957065** **AUM** **P.O. Box 6436** **Carol Stream, IL 60197** | | - | **Apartment utility** | | | | 83.31 |
| Account No. **Bowman Displays** **648 Progress Ave.** **Munster, IN 46321** | X | - | **Trade Debt. This is a debt of Proptronics, Inc. for which Robin Milliman may or may not have personal liability.** | X | X | X | 16,458.09 |
| Account No. **L71768** **Business 21 Publishing** **453A Baltimore Pike** **Springfield, PA 19064** | X | - | **Trade Debt. This is a debt of Proptronics, Inc. for which Robin Milliman may or may not have personal liability.** | X | X | X | 99.60 |
| Account No. **5291-0716-1179-0062** **Capital One FSB (Main Corresp)** **P.O. Box 30285** **Salt Lake City, UT 84130** | | - | **Credit Card** | | | | 4,093.27 |

Sheet no. __**2**__ of __**14**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 20,734.27 |
|---|

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037　　　　　　　　　　　　　　　　　　　　　　　Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robin Lynn Milliman**                                                          Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Representing:<br>**Capital One FSB (Main Corresp)** | | | **Capital One FSB (Add Notice)**<br>P.O. Box 85015<br>Richmond, VA 23285-5015 | | | | |
| Account No.<br><br>Representing:<br>**Capital One FSB (Main Corresp)** | | | **Capital One FSB (Collections)**<br>**Attn: Collections**<br>P.O. Box 85147<br>Richmond, VA 23285 | | | | |
| Account No.<br><br>Representing:<br>**Capital One FSB (Main Corresp)** | | | **Captial One**<br>P.O. Box 5294<br>Carol Stream, IL 60197 | | | | |
| Account No. **2730263011**<br><br>**Com Ed**<br>**Attn: Credit Dept.**<br>**2100 Swift Dr.**<br>**Oak Brook, IL 60523** | X | - | **Trade Debt. This is a debt of Proptronics, Inc. for which Robin Milliman may or may not have personal liability.** | X | X | X | **716.36** |
| Account No. **8497 60 600 2219126**<br><br>**Comcast**<br>**P.O. Box 173885**<br>**Denver, CO 80217** | | - | **Daughter's cable bill** | | | | **187.41** |

Sheet no. _**3**_ of _**14**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **903.77**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robin Lynn Milliman**                                    , Case No. _____

_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No. **N/A**<br><br>**Cornell Container**<br>**2970 Maria Ave.**<br>**Northbrook, IL 60062** | X | - | | | **Trade Debt. This is a debt of Proptronics, Inc. for which Robin Milliman may or may not have personal liability.** | X | X | X | 500.00 |
| Account No. **000000110563**<br><br>**Dahlstrom**<br>**3875 S. 25th Avenue**<br>**Broadview, IL 60155** | X | - | | | **Various**<br>**Trade Debt. This is a debt of Proptronics, Inc. for which Robin Milliman may or may not have personal liability.** | X | X | X | 2,499.45 |
| Account No. **Personal Loan**<br><br>**Debbie Sparacino**<br>**835 Marina Drive**<br>**Fort Lauderdale, FL 33327** | | - | | | **Personal Loan** | | | | 21,000.00 |
| Account No. **345300**<br><br>**Dr. Cary P. Basnar, DDS**<br>**702 W. Drake Rd.**<br>**Building F, Suite B**<br>**Fort Collins, CO 80526** | | - | | | **9/5/07**<br>**Medical** | | | | 1,375.00 |
| Account No. **N/A**<br><br>**Duraco, Inc.**<br>**7400 W. Industrial Drive**<br>**Forest Park, IL 60130** | X | - | | | **Trade Debt. This is a debt of Proptronics, Inc. for which Robin Milliman may or may not have personal liability.** | X | X | X | 648.20 |

Sheet no. __4__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        26,022.65

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robin Lynn Milliman**                                                        Case No. _____

_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 219075405<br><br>**Federal Express**<br>**P.O. Box 94515**<br>**Palatine, IL 60094** | X | - | **Trade Debt. This is a debt of Proptronics, Inc. for which Robin Milliman may or may not have personal liability.** | X | X | X | **19,859.36** |
| Account No. **4445090473900/Chain Code 65837**<br><br>**Fifth Third Bank**<br>**MD1MOC2U-4050**<br>**Madisonville Operations Center**<br>**Cincinnati, OH 45263** | X | - | **Various**<br>**Trade Debt. This is a debt of Proptronics, Inc. for which Robin Milliman may or may not have personal liability.** | X | X | X | **64.75** |
| Account No. **1FRST1646/PRP4000110**<br><br>**First Communications**<br>**P.O. Box 89463**<br>**Cleveland, OH 44101** | X | - | **Various**<br>**Trade Debt. This is a debt of Proptronics, Inc. for which Robin Milliman may or may not have personal liability. It appears this bill may have been previously paid.** | X | X | X | **Unknown** |
| Account No. **Invoice Date 7/27/07**<br><br>**Furniture Today**<br>**Ref: Proptronics**<br>**P.O. Box 5658**<br>**Harlan, IA 51593** | X | - | **Trade Debt. This is a debt of Proptronics, Inc. for which Robin Milliman may or may not have personal liability.** | X | X | X | **133.00** |
| Account No. **N/A**<br><br>**Gaunt Industries, Inc.**<br>**9828 Franklin Ave.**<br>**Franklin Park, IL 60131** | X | - | **Trade Debt. This is a debt of Proptronics, Inc. for which Robin Milliman may or may not have personal liability.** | X | X | X | **85.00** |

Sheet no. __5__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**20,142.11**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robin Lynn Milliman**                                                    Case No. _____

_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**General Plastics<br>c/o Daniel M. Nelson<br>129 W. Willow Ave.<br>Wheaton, IL 60187** | X | - | Trade Debt. This is a debt of Proptronics, Inc. guaranteed by Robin Milliman. | X | X | X | 85,538.40 |
| Account No.<br><br>Representing:<br>**General Plastics** | | | **General Plastics, Inc.<br>c/o Rose & De Jong<br>16620 W. Bluemound Rd., Ste. 500<br>Brookfield, WI 53005** | | | | |
| Account No.<br><br>Representing:<br>**General Plastics** | | | **General Plastics, Inc.<br>2609 West Mill Road<br>Milwaukee, WI 53209** | | | | |
| Account No. **Inv. No. 2007N-41351**<br><br>**Global Contact, Inc.<br>Ref: 2007N-41351<br>16 West Main St.<br>Marlton, NJ 08053** | X | - | Trade Debt. This is a debt of Proptronics, Inc. for which Robin Milliman may or may not have personal liability. | X | X | X | 215.00 |
| Account No. **002859**<br><br>**IHFC Properties, LLC<br>P.O. Box 828<br>High Point, NC 27261** | X | - | Trade Debt. This is a debt of Proptronics, Inc. for which Robin Milliman may or may not have personal liability. | X | X | X | 2,787.50 |

Sheet no. __6__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    88,540.90

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robin Lynn Milliman**                                                        Case No. _____
_____,
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W | J C | | | | | |
| Account No. 213660 | | | | Trade Debt. This is a debt of Proptronics, Inc. for which Robin Milliman may or may not have personal liability. | | | | |
| JC Penney Company, Inc. Ref: Supplier No. 213660 P.O. Box 45280 Salt Lake City, UT 84110 | X | - | | | X | X | X | |
| | | | | | | | | 5,484.50 |
| Account No. Personal Loan | | | | Personal Loan | | | | |
| Jodi Brady 131 NW 162 Ave. Pembroke Pines, FL 33028 | | - | | | | | | |
| | | | | | | | | 7,000.00 |
| Account No. 25022 | | | | Trade Debt. This is a debt of Proptronics, Inc. for which Robin Milliman may or may not have personal liability. | | | | |
| Laird Plastics 1141 Ellis Avenue Bensenville, IL 60101 | X | - | | | X | X | X | |
| | | | | | | | | 731.16 |
| Account No. 61989794 | | | | 10/20/07 Medical | | | | |
| Lake Forest Hospital 660 N. Westmoreland Rd. Lake Forest, IL 60045 | | - | | | | | | |
| | | | | | | | | 4,621.50 |
| Account No. N/A | | | | Trade Debt. This is a debt of Proptronics, Inc. for which Robin Milliman may or may not have personal liability. | | | | |
| Lamatia Plastics 2525 W. LeMoyne Ave. Melrose Park, IL 60160 | X | - | | | X | X | X | |
| | | | | | | | | 1,950.00 |

Sheet no. __7__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

19,787.16

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robin Lynn Milliman**                                    Case No. _____
                                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **207141-00M**<br><br>Law Office of Guttormsen, Hartlely, Wilk & Higgins, LLP<br>600 52nd St., Suite 200<br>Kenosha, WI 53140 | X | - | **Debt of Proptronics** | | | | 950.41 |
| Account No.<br><br>Lexington Drive, LLC<br>Schnoll and Company, Inc.<br>444 Lake Cood Rd., Suite 12<br>Deerfield, IL 60015 | X | - | **Leased space at 616 S. Wheeling Road. This is a debt of Proptronics, Inc. for which Robin Milliman may or may not have personal liability.** | X | X | X | 26,000.00 |
| Account No. **20021**<br><br>Lyon Mercantile Group, Ltd.<br>7924 W. Sahara ave.<br>Las Vegas, NV 89117 | X | - | **Trade Debt. This is a debt of Proptronics, Inc. for which Robin Milliman may or may not have personal liability.** | X | X | X | 1,530.00 |
| Account No. **Ref: FB401**<br><br>Manufacturers New, Inc.<br>c/o Receivable Management Services<br>P.O. Box 523<br>Richfield, OH 44286 | X | - | **Trade Debt. This is a debt of Proptronics, Inc. for which Robin Milliman may or may not have personal liability.** | X | X | X | 140.00 |
| Account No.<br><br>Representing:<br>Manufacturers New, Inc. | | | **Receivable Management Services<br>Ref: FB401<br>P.O. Box 20410<br>Bethlehem, PA 18025** | | | | |

Sheet no. __8__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    28,620.41

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robin Lynn Milliman**                                    Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Representing:** <br>**Manufacturers New, Inc.** | | | | | **Receivable Management Services** <br>**Ref: FB401** <br>**P.O. Box 20543** <br>**Lehigh Valley, PA 18002** | | | | |
| Account No. <br><br>**Representing:** <br>**Manufacturers New, Inc.** | | | | | **Receivable Management Services** <br>**Ref: FB401** <br>**P.O. Box 523** <br>**Richfield, OH 44286** | | | | |
| Account No. <br><br>**Mark Milliman** <br>**455 Hunter Lane** <br>**Lake Forest, IL 60045** | | - | | | **Bills paid by Mark Milliman on behalf of Alexa Milliman** | | | | 28,710.63 |
| Account No. <br><br>**Merit Cleaners** <br>**683 Waukegan Road** <br>**Deerfield, IL 60015** | | - | | | **Cleaners** | | | | 1,500.00 |
| Account No. <br><br>**Montgomery Ward, LLC** <br>**c/o Barry Springer, P.C.** <br>**4350 Oakton Street, Ste. 206A** <br>**Skokie, IL 60076** | X | - | | | **Trade Debt. This is a debt of Proptronics, Inc. for which Robin Milliman may or may not have personal liability.** | X | X | X | 18,189.84 |

Sheet no.   **9**   of   **14**   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

48,400.47

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robin Lynn Milliman**                                          ,          Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **PROPS** <br><br> **Nelson Graphics** <br> **1400 Crisping Drive** <br> **Elgin, IL 60123** | X | - | | **Trade Debt. This is a debt of Proptronics, Inc. for which Robin Milliman may or may not have personal liability.** | X | X | X | 412.72 |
| Account No. **75-37-17-0000-8** <br><br> **Nicor Gas** <br> **Attn: Bankruptcy & Collections** <br> **P.O. Box 549** <br> **Aurora, IL 60507** | X | - | | **Trade Debt. This is a debt of Proptronics, Inc. for which Robin Milliman may or may not have personal liability.** | X | X | X | 3,371.10 |
| Account No. **2446979** <br><br> **Northern Trust Company** <br> **959 S. Waukegan Road** <br> **Lake Forest, IL 60045** | X | - | | **Trade Debt. This is a debt of Proptronics, Inc. for which Robin Milliman may or may not have personal liability.** | X | X | X | 18.00 |
| Account No. **N/A** <br><br> **Outwater Plastics** <br> **24 River Road** <br> **P.O. Box 500** <br> **Bogota, NJ 07603** | X | - | | **Trade Debt. This is a debt of Proptronics, Inc. for which Robin Milliman may or may not have personal liability.** | X | X | X | 320.15 |
| Account No. <br><br> **Pace Industries, Inc.** <br> **c/o Marc S. Lichtman & Associates** <br> **222 North LaSalle Street, Ste. 200** <br> **Chicago, IL 60601** | X | - | | **Trade Debt. This is a debt of Proptronics, Inc. for which Robin Milliman may or may not have personal liability.** <br><br> **Phone: (610) 692-9500** <br> **Fax: (610) 692-4936** | X | X | X | 1,250.00 |

Sheet no. __10__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 5,371.97 |
|---|

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robin Lynn Milliman**                                      ,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Various** <br><br> Quill <br> P.O. Box 94081 <br> Palatine, IL 60094 | X | - | Trade Debt. This is a debt of Proptronics, Inc. for which Robin Milliman may or may not have personal liability. | X | X | X | 1,054.85 |
| Account No. <br><br> Riverwalk Preserve, LLC <br> Ludwig and Company, Inc. (Agent) <br> 301 N. Riverwalk Dr. <br> Buffalo Grove, IL 60089 | | - | Future Rent on lease | | | | 11,460.00 |
| Account No. **C1266** <br><br> Shapiro, Olefsky & Co. CPAs <br> 425 Huehl Road, Suite 12A <br> Northbrook, IL 60062 | | - | Preparation of income cas 2004 - 2006; Review taxes | | | | 1,275.00 |
| Account No. **C0204** <br><br> Shapiro, Olefsky & Co. CPAs <br> 425 Huehl Road, Suite 12A <br> Northbrook, IL 60062 | X | - | December, 2006 <br> Trade Debt. This is a debt of Proptronics, Inc. for which Robin Milliman may or may not have personal liability. | X | X | X | 2,325.00 |
| Account No. **4707-8834-0189-2754** <br><br> State Farm Bank <br> P.O. Box 23025 <br> Columbus, GA 31902 | | - | Credit Card | | | | 7,022.68 |

Sheet no. __11__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   23,137.53

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robin Lynn Milliman**                                                    Case No. _____
_____,
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | |
| Account No.  Representing:  **State Farm Bank** | | | **State Farm Bank** P.O. Box 5961 Madison, WI 53705 | | | | |
| Account No.  Representing:  **State Farm Bank** | | | **State Farm Bank** P.O. Box 2328 Bloomington, IL 61702 | | | | |
| Account No.  **The Custom Companies, Inc.** c/o Chitkowski Law Offices 801 Warrenville Rd., Ste. 620 Lisle, IL 60532 | X | - | Trade Debt. This is a debt of Proptronics, Inc. for which Robin Milliman may or may not have personal liability. | X | X | X | 21,104.50 |
| Account No. **292461**  **U-Line** 2105 S. Lakeside Drive Waukegan, IL 60085 | X | - | Trade Debt. This is a debt of Proptronics, Inc. for which Robin Milliman may or may not have personal liability. | X | X | X | 354.75 |
| Account No. **XV8471**  **United Parcel Service (Corresp)** P.O. Box 650580 Dallas, TX 75265 | X | - | **Various dates** Trade Debt. This is a debt of Proptronics, Inc. for which Robin Milliman may or may not have personal liability. | X | X | X | 8,359.93 |

Sheet no. __12__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                    29,819.18

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                           Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robin Lynn Milliman**                                                    Case No. _____

                                                    ,
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No.<br><br>**Representing:**<br>**United Parcel Service (Corresp)** | | | | | **Receivable Management Services**<br>**Ref: 0000XV8471**<br>**P.O. Box 20410**<br>**Bethlehem, PA 18025** | | | | |
| Account No.<br><br>**Representing:**<br>**United Parcel Service (Corresp)** | | | | | **Receivable Management Services**<br>**Ref: 0000XV8471**<br>**P.O. Box 20543**<br>**Lehigh Valley, PA 18002** | | | | |
| Account No. **18147404**<br><br>**United Parcel Service (Corresp)**<br>**P.O. Box 650580**<br>**Dallas, TX 75265** | X | - | | | **Trade Debt. This is a debt of Proptronics, Inc. for which Robin Milliman may or may not have personal liability.** | X | X | X | 2,954.14 |
| Account No. **880435728-00001**<br><br>**Verizon Wireless**<br>**P.O. Box 790406**<br>**Saint Louis, MO 63179** | | - | | | | | | | 544.20 |
| Account No.<br><br>**Representing:**<br>**Verizon Wireless** | | | | | **Verizon Wireless**<br>**777 Big Timer Road**<br>**Elgin, IL 60123** | | | | |

Sheet no. __13__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 **3,498.34**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robin Lynn Milliman**                                          Case No. _____
_____,
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 4031-1450-0028-4909 <br><br> **Washington Mutual Bank (CC)** <br> **P.O. Box 660509** <br> **Dallas, TX 75266** | - | | **Credit Card** | | | | <br><br><br><br> **4,084.02** |
| Account No. <br><br> **Representing:** <br> **Washington Mutual Bank (CC)** | | | **Washington Mutual Bank** <br> **P.O. Box 660487** <br> **Dallas, TX 75266-0487** | | | | |
| Account No. **180-0131109-2008-2** <br><br> **Waste Management of Illinois** <br> **2421 W. Peoria Ave., Ste. 210** <br> **Phoenix, AZ 85029** | X - | | **Trade Debt. This is a debt of Proptronics, Inc. for which Robin Milliman may or may not have personal liability.** | X | X | X | <br><br><br><br> **116.70** |
| Account No. <br><br> **Representing:** <br> **Waste Management of Illinois** | | | **Waste Management** <br> **Ref: 180-0131109-2008-2** <br> **P.O. Box 9001054** <br> **Louisville, KY 40290** | | | | |
| Account No. | | | | | | | |

Sheet no. __14__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal <br> (Total of this page) | **4,200.72** |
| Total <br> (Report on Summary of Schedules) | **326,861.44** |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                        Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re   **Robin Lynn Milliman**                                          Case No. _____
                                                            ,
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **Hinsdale Bank & Trust Company** **25 E. First St.** **Hinsdale, IL 60521** | **Mercedes Benz vehicle contract** |
| **Riverwalk Preserve, LLC** **Ludwig and Company, Inc. (Agent)** **301 N. Riverwalk Dr.** **Buffalo Grove, IL 60089** | **Residential Apartment Lease** **Expires 4/30/08** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re **Robin Lynn Milliman** _____, Case No. _____
                                                Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Proptronics, Inc.**<br>**616 S. Wheeling Rd.**<br>**Wheeling, IL** | **American Gases Corp.**<br>**3949 Grove Ave.**<br>**Gurnee, IL 60031** |
| **Proptronics, Inc.**<br>**616 S. Wheeling Rd.**<br>**Wheeling, IL** | **Associated Bag**<br>**400 W. Boden St.**<br>**Milwaukee, WI 53207** |
| **Proptronics, Inc.**<br>**616 S. Wheeling Rd.**<br>**Wheeling, IL** | **AT&T**<br>**P.O. Box 8212**<br>**Aurora, IL 60572** |
| **Proptronics, Inc.**<br>**616 S. Wheeling Rd.**<br>**Wheeling, IL** | **AT&T**<br>**P.O. Box 8212**<br>**Aurora, IL 60572** |
| **Proptronics, Inc.**<br>**616 S. Wheeling Rd.**<br>**Wheeling, IL** | **AT&T**<br>**P.O. Box 8212**<br>**Aurora, IL 60572** |
| **Proptronics, Inc.**<br>**616 S. Wheeling Rd.**<br>**Wheeling, IL** | **Bowman Displays**<br>**648 Progress Ave.**<br>**Munster, IN 46321** |
| **Proptronics, Inc.**<br>**616 S. Wheeling Rd.**<br>**Wheeling, IL** | **Business 21 Publishing**<br>**453A Baltimore Pike**<br>**Springfield, PA 19064** |
| **Proptronics, Inc.**<br>**616 S. Wheeling Rd.**<br>**Wheeling, IL** | **Com Ed**<br>**Attn:  Credit Dept.**<br>**2100 Swift Dr.**<br>**Oak Brook, IL 60523** |
| **Proptronics, Inc.**<br>**616 S. Wheeling Rd.**<br>**Wheeling, IL** | **Cornell Container**<br>**2970 Maria Ave.**<br>**Northbrook, IL 60062** |
| **Proptronics, Inc.**<br>**616 S. Wheeling Rd.**<br>**Wheeling, IL** | **Dahlstrom**<br>**3875 S. 25th Avenue**<br>**Broadview, IL 60155** |
| **Proptronics, Inc.**<br>**616 S. Wheeling Rd.**<br>**Wheeling, IL** | **Duraco, Inc.**<br>**7400 W. Industrial Drive**<br>**Forest Park, IL 60130** |

3
____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **Robin Lynn Milliman**                                          Case No. _____

                                                                ,
                                          Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Proptronics, Inc.<br>616 S. Wheeling Rd.<br>Wheeling, IL | Federal Express<br>P.O. Box 94515<br>Palatine, IL 60094 |
| Proptronics, Inc.<br>616 S. Wheeling Rd.<br>Wheeling, IL | Fifth Third Bank<br>MD1MOC2U-4050<br>Madisonville Operations Center<br>Cincinnati, OH 45263 |
| Proptronics, Inc.<br>616 S. Wheeling Rd.<br>Wheeling, IL | First Communications<br>P.O. Box 89463<br>Cleveland, OH 44101 |
| Proptronics, Inc.<br>616 S. Wheeling Rd.<br>Wheeling, IL | Furniture Today<br>Ref: Proptronics<br>P.O. Box 5658<br>Harlan, IA 51593 |
| Proptronics, Inc.<br>616 S. Wheeling Rd.<br>Wheeling, IL | Gaunt Industries, Inc.<br>9828 Franklin Ave.<br>Franklin Park, IL 60131 |
| Proptronics, Inc.<br>616 S. Wheeling Rd.<br>Wheeling, IL | General Plastics<br>c/o Daniel M. Nelson<br>129 W. Willow Ave.<br>Wheaton, IL 60187 |
| Proptronics, Inc.<br>616 S. Wheeling Rd.<br>Wheeling, IL | Global Contact, Inc.<br>Ref: 2007N-41351<br>16 West Main St.<br>Marlton, NJ 08053 |
| Proptronics, Inc.<br>616 S. Wheeling Rd.<br>Wheeling, IL | IHFC Properties, LLC<br>P.O. Box 828<br>High Point, NC 27261 |
| Proptronics, Inc.<br>616 S. Wheeling Rd.<br>Wheeling, IL | JC Penney Company, Inc.<br>Ref: Supplier No. 213660<br>P.O. Box 45280<br>Salt Lake City, UT 84110 |
| Proptronics, Inc.<br>616 S. Wheeling Rd.<br>Wheeling, IL | Laird Plastics<br>1141 Ellis Avenue<br>Bensenville, IL 60101 |
| Proptronics, Inc.<br>616 S. Wheeling Rd.<br>Wheeling, IL | Lamatia Plastics<br>2525 W. LeMoyne Ave.<br>Melrose Park, IL 60160 |
| Proptronics, Inc.<br>616 S. Wheeling Rd.<br>Wheeling, IL | Law Office of Guttormsen, Hartlely,<br>Wilk & Higgins, LLP<br>600 52nd St., Suite 200<br>Kenosha, WI 53140 |

Sheet __1__ of __3__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **Robin Lynn Milliman**                                                    Case No. _____
                                                    ,
                                          Debtor

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Proptronics, Inc.<br>616 S. Wheeling Rd.<br>Wheeling, IL | Lexington Drive, LLC<br>Schnoll and Company, Inc.<br>444 Lake Cood Rd., Suite 12<br>Deerfield, IL 60015 |
| Proptronics, Inc.<br>616 S. Wheeling Rd.<br>Wheeling, IL | Lyon Mercantile Group, Ltd.<br>7924 W. Sahara ave.<br>Las Vegas, NV 89117 |
| Proptronics, Inc.<br>616 S. Wheeling Rd.<br>Wheeling, IL | Manufacturers New, Inc.<br>c/o Receivable Management Services<br>P.O. Box 523<br>Richfield, OH 44286 |
| Proptronics, Inc.<br>616 S. Wheeling Rd.<br>Wheeling, IL | Montgomery Ward, LLC<br>c/o Barry Springer, P.C.<br>4350 Oakton Street, Ste. 206A<br>Skokie, IL 60076 |
| Proptronics, Inc.<br>616 S. Wheeling Rd.<br>Wheeling, IL | Nelson Graphics<br>1400 Crisping Drive<br>Elgin, IL 60123 |
| Proptronics, Inc.<br>616 S. Wheeling Rd.<br>Wheeling, IL | Nicor Gas<br>Attn:  Bankruptcy & Collections<br>P.O. Box 549<br>Aurora, IL 60507 |
| Proptronics, Inc.<br>616 S. Wheeling Rd.<br>Wheeling, IL | Northern Trust Company<br>959 S. Waukegan Road<br>Lake Forest, IL 60045 |
| Proptronics, Inc.<br>616 S. Wheeling Rd.<br>Wheeling, IL | Outwater Plastics<br>24 River Road<br>P.O. Box 500<br>Bogota, NJ 07603 |
| Proptronics, Inc.<br>616 S. Wheeling Rd.<br>Wheeling, IL | Pace Industries, Inc.<br>c/o Marc S. Lichtman & Associates<br>222 North LaSalle Street, Ste. 200<br>Chicago, IL 60601 |
| Proptronics, Inc.<br>616 S. Wheeling Rd.<br>Wheeling, IL | Quill<br>P.O. Box 94081<br>Palatine, IL 60094 |
| Proptronics, Inc.<br>616 S. Wheeling Rd.<br>Wheeling, IL | Shapiro, Olefsky & Co. CPAs<br>425 Huehl Road, Suite 12A<br>Northbrook, IL 60062 |

Sheet __**2**__ of __**3**__ continuation sheets attached to the Schedule of Codebtors

In re   **Robin Lynn Milliman**                                           Case No. _____
                                    ,
                              Debtor

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Proptronics, Inc.**<br>**616 S. Wheeling Rd.**<br>**Wheeling, IL** | **The Custom Companies, Inc.**<br>**c/o Chitkowski Law Offices**<br>**801 Warrenville Rd., Ste. 620**<br>**Lisle, IL 60532** |
| **Proptronics, Inc.**<br>**616 S. Wheeling Rd.**<br>**Wheeling, IL** | **U-Line**<br>**2105 S. Lakeside Drive**<br>**Waukegan, IL 60085** |
| **Proptronics, Inc.**<br>**616 S. Wheeling Rd.**<br>**Wheeling, IL** | **United Parcel Service (Corresp)**<br>**P.O. Box 650580**<br>**Dallas, TX 75265** |
| **Proptronics, Inc.**<br>**616 S. Wheeling Rd.**<br>**Wheeling, IL** | **United Parcel Service (Corresp)**<br>**P.O. Box 650580**<br>**Dallas, TX 75265** |
| **Proptronics, Inc.**<br>**616 S. Wheeling Rd.**<br>**Wheeling, IL** | **Waste Management of Illinois**<br>**2421 W. Peoria Ave., Ste. 210**<br>**Phoenix, AZ 85029** |

Sheet __3__ of __3__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6I (Official Form 6I) (12/07)

In re  **Robin Lynn Milliman**                                    Case No. _____
                                  Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Widowed** | RELATIONSHIP(S): **Daughter** | AGE(S): **20** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Wholesale Furniture Sales** | |
| Name of Employer | **Caintaly Imports** | |
| How long employed | **1 Yr.** | |
| Address of Employer | **343 Harvara Ave. Claremont, CA 91711** | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 3,716.80 | $ N/A |
| 2. Estimate monthly overtime | $ 0.00 | $ N/A |
| 3. SUBTOTAL | $ 3,716.80 | $ N/A |
| 4. LESS PAYROLL DEDUCTIONS | | |
|    a. Payroll taxes and social security | $ 0.00 | $ N/A |
|    b. Insurance | $ 0.00 | $ N/A |
|    c. Union dues | $ 0.00 | $ N/A |
|    d. Other (Specify): | $ 0.00 | $ N/A |
| | $ 0.00 | $ N/A |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ N/A |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 3,716.80 | $ N/A |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ N/A |
| 8. Income from real property | $ 0.00 | $ N/A |
| 9. Interest and dividends | $ 0.00 | $ N/A |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ N/A |
| 11. Social security or government assistance (Specify): | $ 0.00 | $ N/A |
| | $ 0.00 | $ N/A |
| 12. Pension or retirement income | $ 0.00 | $ N/A |
| 13. Other monthly income (Specify): | $ 0.00 | $ N/A |
| | $ 0.00 | $ N/A |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ N/A |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 3,716.80 | $ N/A |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 3,716.80 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
   **Monthly income is approximate as Debtor is paid on a strictly commission basis. The monthly income listed on this Schedule is an average of the last six months of gross commission income.**

   **Debtor expects a decrease in commissions due to slow sales.**

B6J (Official Form 6J) (12/07)

In re  **Robin Lynn Milliman**                                    Case No. _____
                                    Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,910.00 |
|    a. Are real estate taxes included?    Yes ___    No _X_ | | |
|    b. Is property insurance included?    Yes ___    No _X_ | | |
| 2. Utilities:    a. Electricity and heating fuel | $ | 75.00 |
|             b. Water and sewer | $ | 0.00 |
|             c. Telephone | $ | 400.00 |
|             d. Other _____ | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 400.00 |
| 5. Clothing | $ | 50.00 |
| 6. Laundry and dry cleaning | $ | 0.00 |
| 7. Medical and dental expenses | $ | 0.00 |
| 8. Transportation (not including car payments) | $ | 0.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|          a. Homeowner's or renter's | $ | 0.00 |
|          b. Life | $ | 10.00 |
|          c. Health | $ | 127.00 |
|          d. Auto | $ | 0.00 |
|          e. Other _____ | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|      (Specify)   **See Detailed Expense Attachment** | $ | 1,027.91 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|          a. Auto | $ | 0.00 |
|          b. Other _____ | $ | 0.00 |
|          c. Other _____ | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other _____ | $ | 0.00 |
|     Other _____ | $ | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 3,999.91 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a.  Average monthly income from Line 15 of Schedule I | $ | 3,716.80 |
| b.  Average monthly expenses from Line 18 above | $ | 3,999.91 |
| c.  Monthly net income (a. minus b.) | $ | -283.11 |

B6J (Official Form 6J) (12/07)

In re   **Robin Lynn Milliman** _____    Case No. _____

Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Specific Tax Expenditures:**

| | | |
|---|---|---|
| Federal Taxes | $ | 618.20 |
| Illinois State Tax | $ | 115.41 |
| Social Security and Medicare | $ | 294.30 |
| **Total Tax Expenditures** | $ | **1,027.91** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Robin Lynn Milliman**

Debtor(s)

Case No.

Chapter   **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **36** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **December 13, 2007**

Signature   **/s/ Robin Lynn Milliman**
**Robin Lynn Milliman**
Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Robin Lynn Milliman**                                                    Case No.

                                                    Debtor(s)                      Chapter      **7**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$31,380.77** | **2007 YTD Gross Income from Commission from Rachlin Group (e.g. business expenses have not been deducted)** |
| **$18,584.32** | **2007 YTD Gross Income from Chintaly commissions (e.g. business expenses have not been deducted)** |
| **$85,378.00** | **2006 Income from employment with Proptronics and Rachlin Co.** |
| **$71,781.00** | **2005 Income from Proptronics, RKM Associates, Lloyds of Chatham Ltd.** |

2

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$24,596.00** | **Pension and annuities income** |

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Washington Mutual Bank (CC)** P.O. Box 660509 Dallas, TX 75266 | **9/7/07 Auto Pay $400.00** | **$400.00** | **$4,084.02** |
| **Verizon Wireless** P.O. Box 790406 Saint Louis, MO 63179 | **9/17/07 Online payment $345.00** **9/17/07 Online payment $193.00** **11/2/07 Online payment $544.20** | **$1,082.20** | **$544.20** |
| **Com Ed** Attn:  Credit Dept. 2100 Swift Dr. Oak Brook, IL 60523 | **9/17/07 Online payment $294.00** **9/17/07 Online payment $293.39** | **$587.39** | **$0.00** |
| **American Express (Corresp)** P.O. Box 297812 Fort Lauderdale, FL 33329 | **9/17/07 Online payment $226.00** **9/17/07 Online payment $151.00** **10/29/07 Online payment $250.00** | **$627.00** | **$5,404.69** |
| **Comcast** P.O. Box 173885 Denver, CO 80217 | **9/17/07 Online payment $183.07** **9/21/07 Online payment $278.00** **10/29/07 Online payment $348.44** **10/29/07 Online payment $187.41** | **$996.92** | **$187.41** |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Capital One FSB (Main Corresp)**<br>P.O. Box 30285<br>Salt Lake City, UT 84130 | **9/17/07 Online payment $125.00** | **$125.00** | **$4,093.27** |
| **Thrivent Financial for Lutherans** | **9/17/07 Online payment** | **$30.00** | **$0.00** |
| **AUM**<br>P.O. Box 6436<br>Carol Stream, IL 60197 | **9/17/07 Online payment $20.71**<br>**10/29/07 Online payment $40.98** | **$61.69** | **$83.31** |
| **Riverwalk Preserve, LLC**<br>Ludwig and Company, Inc. (Agent)<br>301 N. Riverwalk Dr.<br>Buffalo Grove, IL 60089 | **9/1/07 $1910.00**<br>**10/5/07 $1910.00** | **$3,820.00** | **$11,460.00** |
| **Mercedes Benz of Hoffman Estates** | **9/28/07 #1131 $1,213.63** | **$1,213.63** | **$0.00** |

None
■   c.  *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Montgomery Ward, LLC; Montgomery Ward Development, LLC; The 535, LLC; MW 7th & Carroll, LLC; Brandywide DC, LLC, AMW Realty, LLC; Barretward Properties, LLC; 998 Monroe, LLC; and American Delivery Service, LLC v. Proptronics, Inc.**<br>**Adversary Proceeding No.: 02-9621** | **Civil (Note, this is a debt of Proptronics, Inc. for which Robin Milliman may or may not have personal liability.)** | **United States Bankruptcy Court**<br>**District of Delaware**<br>**Bankruptcy Administrative Case No.: 00-4667(RTL)** | **Judgment** |
| **General Plastics, Inc. vs. Proptronics, Inc. and Robin L. Milliman**<br>**Case No. 07 CV 2524**<br>**Code No. 30301 and 30303** | **Civil** | **Circuit Court, Milwaukee County, State of Wisconsin** | **Pending** |
| **Schnoll and Company, Inc. vs. Proptronics, Inc. and Unknown Occupants**<br>**07-M1-722396** | **Forible Detainer (Note: Trade Debt. This is a debt of Proptronics, Inc. for which Robin Milliman may or may not have personal liability.)** | **Circuit Court of Cook County, Munipial Department, First District** | **Pending** |

4

None ■ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None ☐ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Hinsdale Bank & Trust Company**<br>**25 E. First St.**<br>**Hinsdale, IL 60521** | **November, 2007** | **2007 Mercedes Benz**<br>**$67,000.00** |

### 6. Assignments and receiverships

None ■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

5

**9. Payments related to debt counseling or bankruptcy**

None
■

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**10. Other transfers**

None
☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Gary A. Plaster and Beverly D. Plaster**<br>**1620 Devonshire Lane**<br>**Lake Forest, IL 60045**<br>**None** | **2/14/07** | **Residential Real Property**<br>**Selling Price $937,500.00**<br>**Net Proceeds to Seller:  $146,888.34**<br>**Note:  $70,000.00-$90,000.00 of proceeds were**<br>**contributed to pay taxes and other expenses of**<br>**Proptronics, Inc. in 2007.  Balance was used to**<br>**pay moving, storage, daughter's college tuition**<br>**and other living expenses.** |

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Northern Trust Company**<br>**959 S. Waukegan Road**<br>**Lake Forest, IL 60045** | **2446979** | **-$18.00** |

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None ■   List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None ☐   If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |
| **301 North Riverwalk Drive Apt. 504 Buffalo Grove, IL  60089** | **Robin L. Milliman** | **3/1/2007 through 11/15/2007** |
| **1620 S. Devonshire Lane Lake Forest, IL  60045** | **Robin Milliman** | **1988 through 3/2007** |

**16. Spouses and Former Spouses**

None ■   If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None ■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

None ☐    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Proptronics, Inc.** | **36-3854834** | **Closed** | **Plastics** | |

None ■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

    *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Darlene Koris** | **January 2005 through March, 2007** |
| **630-240-5200** | **Proptronics, Inc.** |

None ■   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|-------------------------|

None ☐   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME
**Shapiro, Olefsky & Co. CPAs**

ADDRESS
**425 Huehl Road, Suite 12A**
**Northbrook, IL 60062**

None ■   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|

### 20. Inventories

None ■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|-------------------|----------------------|-----------------------------------------------------------------|

None ■   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|-------------------|------------------------------------------------------|

### 21 . Current Partners, Officers, Directors and Shareholders

None ■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|------------------|--------------------|------------------------|

None ■   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|------------------|-------|------------------------------------------|

### 22 . Former partners, officers, directors and shareholders

None ■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None ■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

     

**23 . Withdrawals from a partnership or distributions by a corporation**

None  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation
■  in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the
commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**24. Tax Consolidation Group.**

None  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated
■  group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement
of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

**25. Pension Funds.**

None  If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an
■  employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto
and that they are true and correct.

Date  __December 13, 2007__          Signature  __/s/ Robin Lynn Milliman__
                                                    **Robin Lynn Milliman**
                                                    Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Form 8
(10/05)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Robin Lynn Milliman** _____   Case No. _____

Debtor(s)                                                      Chapter   **7**   _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

■   I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

☐   I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

■   I intend to do the following with respect to property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| **2007 Mercedes Benz** | **Hinsdale Bank & Trust Company** | X | | | |
| **Various equipment/software leased by Proptronics, Inc. Trade Debt. This is a debt of Proptronics, Inc. for which Robin Milliman may or may not have personal liability.** | **Wells Fargo Financial Leasing, Inc.** | X | | | |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| **-NONE-** | | |

Date   **December 13, 2007** _____   Signature   **/s/ Robin Lynn Milliman** _____

**Robin Lynn Milliman**
Debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re   __Robin Lynn Milliman__                                        Case No. _____
                                            Debtor(s)                  Chapter   __7__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept..................................................   $ _____   **0.00**

    Prior to the filing of this statement I have received............................   $ _____   **0.00**

    Balance Due.................................................................................................   $ _____   **0.00**

2.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A
       copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
        reaffirmation agreements and applications as needed;**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any discharge or dischargeability actions, judicial lien avoidances, relief from
    stay actions or any other adversary proceeding and preparation and filing of motions pursuant to 11 USC
    522(f)(2)(A) for avoidance of liens on household goods, no tax, estate planning, civil or criminal litigation.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

Dated:   __December 13, 2007__                      __/s/ David J. Schwab__
                                                    **David J. Schwab 6204333**
                                                    **Richards, Ralph & Schwab, Chartered**
                                                    **175 East Hawthorn Parkway**
                                                    **Vernon Hills, IL 60061**
                                                    **847-367-9699  Fax: 847-367-9621**

---

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Robin Lynn Milliman**                              Case No. _____

                                      Debtor(s)         Chapter    **7** _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:         _____    **74**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    **December 13, 2007** _____        **/s/ Robin Lynn Milliman** _____

                                               **Robin Lynn Milliman**

                                               Signature of Debtor

American Express
Box 0001
Los Angeles, CA 90096-0001

American Express (Corresp)
P.O. Box 297812
Fort Lauderdale, FL 33329

American Gases Corp.
3949 Grove Ave.
Gurnee, IL 60031

Associated Bag
400 W. Boden St.
Milwaukee, WI 53207

AT&T
P.O. Box 8212
Aurora, IL 60572

AT&T
Ref: 847-465-1137-804-8
P.O. Box 8100
Aurora, IL 60507

AT&T
Ref: 847-465-1182-258-1
P.O. Box 8100
Aurora, IL 60507

AT&T
Ref: 847-465-1185-424-6
P.O. Box 8100
Aurora, IL 60507

AUM
P.O. Box 6436
Carol Stream, IL 60197

Bowman Displays
648 Progress Ave.
Munster, IN 46321

Business 21 Publishing
453A Baltimore Pike
Springfield, PA 19064


Capital One FSB (Add Notice)
P.O. Box 85015
Richmond, VA 23285-5015


Capital One FSB (Collections)
Attn: Collections
P.O. Box 85147
Richmond, VA 23285


Capital One FSB (Main Corresp)
P.O. Box 30285
Salt Lake City, UT 84130


Captial One
P.O. Box 5294
Carol Stream, IL 60197


Com Ed
Attn: Credit Dept.
2100 Swift Dr.
Oak Brook, IL 60523


Comcast
P.O. Box 173885
Denver, CO 80217


Cornell Container
2970 Maria Ave.
Northbrook, IL 60062


Dahlstrom
3875 S. 25th Avenue
Broadview, IL 60155


Debbie Sparacino
835 Marina Drive
Fort Lauderdale, FL 33327

Dr. Cary P. Basnar, DDS
702 W. Drake Rd.
Building F, Suite B
Fort Collins, CO 80526


Duraco, Inc.
7400 W. Industrial Drive
Forest Park, IL 60130


Federal Express
P.O. Box 94515
Palatine, IL 60094


Fifth Third Bank
MD1MOC2U-4050
Madisonville Operations Center
Cincinnati, OH 45263


First Communications
P.O. Box 89463
Cleveland, OH 44101


Furniture Today
Ref: Proptronics
P.O. Box 5658
Harlan, IA 51593


Gaunt Industries, Inc.
9828 Franklin Ave.
Franklin Park, IL 60131


General Plastics
c/o Daniel M. Nelson
129 W. Willow Ave.
Wheaton, IL 60187


General Plastics, Inc.
c/o Rose & De Jong
16620 W. Bluemound Rd., Ste. 500
Brookfield, WI 53005


General Plastics, Inc.
2609 West Mill Road
Milwaukee, WI 53209

Global Contact, Inc.
Ref: 2007N-41351
16 West Main St.
Marlton, NJ 08053


Hinsdale Bank & Trust Company
25 E. First St.
Hinsdale, IL 60521


IHFC Properties, LLC
P.O. Box 828
High Point, NC 27261


Illinois Dept. of Empl. Sec. (p)
Bankruptcy Unit
3rd Fl., 401 S. State St.
Chicago, IL 60605


Internal Revenue Service (p)
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, PA 19114


JC Penney Company, Inc.
Ref: Supplier No. 213660
P.O. Box 45280
Salt Lake City, UT 84110


Jodi Brady
131 NW 162 Ave.
Pembroke Pines, FL 33028


Laird Plastics
1141 Ellis Avenue
Bensenville, IL 60101


Lake Forest Hospital
660 N. Westmoreland Rd.
Lake Forest, IL 60045


Lamatia Plastics
2525 W. LeMoyne Ave.
Melrose Park, IL 60160

Law Office of Guttormsen, Hartlely,
Wilk & Higgins, LLP
600 52nd St., Suite 200
Kenosha, WI 53140


Lexington Drive, LLC
Schnoll and Company, Inc.
444 Lake Cood Rd., Suite 12
Deerfield, IL 60015


Lyon Mercantile Group, Ltd.
7924 W. Sahara ave.
Las Vegas, NV 89117


Manufacturers New, Inc.
c/o Receivable Management Services
P.O. Box 523
Richfield, OH 44286


Mark Milliman
455 Hunter Lane
Lake Forest, IL 60045


Merit Cleaners
683 Waukegan Road
Deerfield, IL 60015


Montgomery Ward, LLC
c/o Barry Springer, P.C.
4350 Oakton Street, Ste. 206A
Skokie, IL 60076


Nelson Graphics
1400 Crisping Drive
Elgin, IL 60123


Nicor Gas
Attn: Bankruptcy & Collections
P.O. Box 549
Aurora, IL 60507


Northern Trust Company
959 S. Waukegan Road
Lake Forest, IL 60045

Outwater Plastics
24 River Road
P.O. Box 500
Bogota, NJ 07603


Pace Industries, Inc.
c/o Marc S. Lichtman & Associates
222 North LaSalle Street, Ste. 200
Chicago, IL 60601


Proptronics, Inc.
616 S. Wheeling Rd.
Wheeling, IL


Quill
P.O. Box 94081
Palatine, IL 60094


Receivable Management Services
Ref: 0000XV8471
P.O. Box 20410
Bethlehem, PA 18025


Receivable Management Services
Ref: 0000XV8471
P.O. Box 20543
Lehigh Valley, PA 18002


Receivable Management Services
Ref: FB401
P.O. Box 20410
Bethlehem, PA 18025


Receivable Management Services
Ref: FB401
P.O. Box 20543
Lehigh Valley, PA 18002


Receivable Management Services
Ref: FB401
P.O. Box 523
Richfield, OH 44286

Riverwalk Preserve, LLC
Ludwig and Company, Inc. (Agent)
301 N. Riverwalk Dr.
Buffalo Grove, IL 60089


Shapiro, Olefsky & Co. CPAs
425 Huehl Road, Suite 12A
Northbrook, IL 60062


State Farm Bank
P.O. Box 23025
Columbus, GA 31902


State Farm Bank
P.O. Box 5961
Madison, WI 53705


State Farm Bank
P.O. Box 2328
Bloomington, IL 61702


The Custom Companies, Inc.
c/o Chitkowski Law Offices
801 Warrenville Rd., Ste. 620
Lisle, IL 60532


U-Line
2105 S. Lakeside Drive
Waukegan, IL 60085


United Parcel Service (Corresp)
P.O. Box 650580
Dallas, TX 75265


Verizon Wireless
P.O. Box 790406
Saint Louis, MO 63179


Verizon Wireless
777 Big Timer Road
Elgin, IL 60123


Washington Mutual Bank
P.O. Box 660487
Dallas, TX 75266-0487

Washington Mutual Bank (CC)
P.O. Box 660509
Dallas, TX 75266

Waste Management
Ref: 180-0131109-2008-2
P.O. Box 9001054
Louisville, KY 40290

Waste Management of Illinois
2421 W. Peoria Ave., Ste. 210
Phoenix, AZ 85029

Wells Fargo Financial Leasing, Inc.
MAC F4031-050
800 Walnut Street
Des Moines, IA 50309